<div style="text-align:center">

LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

</div>

November 16, 2022

> Sentencing adjouned from November 30, 2022 to February 7, 2023 at 12:00 p.m.
> SO ORDERED.
> Dated: 11/16/2022
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

**VIA ECF**

Hon. P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

<div style="text-align:center">Re: <u>United States v. Luis Gomez Ortiz, et al.</u>, 19 Cr. 536 (PKC)</div>

Dear Judge Castel:

    I am counsel to Luis Gomez Ortiz. I write, with no objection from the government, to seek a 60-day adjournment of Mr. Ortiz's sentencing, currently scheduled for November 30. This is the second request for an adjournment.

    I am still in the process of collecting materials that I believe are necessary to prepare a thorough sentencing submission on Mr. Ortiz's behalf. Those materials include letters of support from those who know Mr. Ortiz.

    Therefore, with no objection from the government, the defense respectfully requests a 60-day adjournment of Mr. Ortiz's sentencing.

    I thank the Court for its attention to this matter.

<div style="margin-left:50%">
Respectfully submitted,

/s/

David S. Greenfield
</div>

cc: All Parties (via ECF)