LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

March 14, 2023

**VIA ECF**

Hon. P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Sentencing is adjourned from March 29, 2023 to April 13, 2023 at 12:00 p.m. in Courtroom 11D.
> SO ORDERED.
> Dated: 3/14/2023
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

Re: <u>United States v. Luis Gomez Ortiz, et al.</u>, 19 Cr. 536 (PKC)

Dear Judge Castel:

    I am counsel to Luis Gomez Ortiz. I write, with no objection from the government, to request a brief two-week adjournment of Mr. Ortiz's sentencing, currently scheduled for March 29, 2023.

    I need additional time to meet with the client and it has been difficult to find an available Spanish interpreter. I have a meeting scheduled for later this week.

    Therefore, with no objection from the government, I respectfully request a brief two-week adjournment of Mr. Ortiz's sentencing.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

David S. Greenfield

cc: All Parties (via ECF)