UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LUIS GOMEZ ORTIZ,

                Petitioner,

                                                      19-cr-536-09 (PKC)
                                                      23-cv-8722 (PKC)

        -against-                                       ORDER

WARDEN FCC COLEMAN LOW,

                Respondent.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The government is directed to respond to the Petition filed in 23 Civ. 8722 (PKC) by November 1, 2024.

        SO ORDERED.

                                                      P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
            October 1, 2024

COPY MAILED TO: Luis Gomez Ortiz, U.S. Reg. No. 56450-509, Coleman Low FCI, Federal Correctional Institution, P.O. Box 1031, Coleman, FL 33521